# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTICE ALTON-JAMES NALL,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 83512

FILED

SEP 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on January 19, 2018. Appellant did not file the notice of appeal, however, until September 14, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Michael Villani, District Judge
Justice Alton-James Nall
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk